CARRIE DIABLE, Appellant, *v.* CITY OF SYRACUSE, Respondent.

Argued March 4, 1946; decided April 18, 1946.

*J. Norman Crannage* for appellant.

*Lyle W. Hornbeck, Corporation Counsel (Roger O. Baldwin* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.